1  RAHILA KHAN
2  40224 Blanchard Street
   Fremont, CA 94537
3  (51) 625 2728

**E-filing**

FILED
2008 APR -1 AM II: 51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4  Plaintiff in pro per

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

C08-01741 MMC

RAHILA KHAN

        Plaintiff,

vs.

YMCA OF THE EAST BAY,

        Defendant

CASE NO.

COMPLAINT FOR DAMAGES
FOR ERISA VIOLATION

### I. JURISDICTION AND VENUE

1. This case is brought pursuant to ERISA Section 510, 29 U.S.C. § 1140.

### II. VENUE

2. Defendant YMCA OF THE EAST BAY is a California corporation doing business in Alameda County. Plaintiff is a resident of Alameda County. Venue is proper in Alameda County.

### II. PARTIES

3. Plaintiff RAHILA KHAN is a citizen who resides in Alameda County. She was employed by the YMCA OF THE EAST BAY for approximately 7 years and was wrongfully terminated on April 2, 2004.

4. Defendant YMCA OF THE EAST BAY is a California Corporation which employed the

- 1 -

Plaintiff RAHILA KHAN'S complaint vs. YMCA OF THE EAST BAY      Case No.

plaintiff and who has a pension plan subject to ERISA law.

## III. FIRST CAUSE OF ACTION

## [ERISA VIOLATION'

5. On April 2, 2005, the YMCA OF THE EAST BAY terminated the plaintiff wrongfully and without cause for the purpose of interfering with the plaintiff's attainment of her full pension rights to which she had become and would become entitled.

6. The plaintiff had worked for the YMCA for approximately 7 years and is informed and believes and thereon alleges that the YMCA provided a pension for her as part of her employment benefits and may have provided her with other benefits under ERISA.

7. The plaintiff is informed and believes and thereon alleges that she was terminated by the YMCA OF THE EAST BAY because its purpose was to interfere with her pension rights and make sure that she did not obtain her full pension and benefit rights. Plaintiff is informed and believes she lost her pension and benefit rights under ERISA as caused by the defendant.

8. The YMCA OF THE EAST BAY did not provide the plaintiff with full and complete information about the amount of her pension and other benefits and therefore she requests the right to engage in discovery to determine these rights and to amend this complaint when she discovers those rights.

9. The plaintiff is informed and believes that agents and employees of the YMCA OF THE EAST BAY may be responsible for the deprivation of her pension rights under ERISA and she prays for leave to amend to name those parties when their identities are ascertained.

WHEREFORE, THE PLAINTIFF PRAYS

1. For all relief allowed under the ERISA laws of the United States:

2. For attorney's fees, should she employ an attorney. For costs of suit.

3. For such other relief as the court may deem proper.

DATED: April 1, 2008

                                                 RAHILA KHAN
                                                 Plaintiff in *pro per*

- 2 -



JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
RAHILA KHAN

## DEFENDANTS
YMCA OF THE EAST BAY

**(b)** County of Residence of First Listed Plaintiff: Alameda
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

RAHILA KHAN in pro per
40224 Blanchard Street
Fremont, CA 94538

Attorneys (If Known)

ARTHUR EIDELHOCH, ESQ.
LITTLER MENDELSON
650 California Street, 20th Floor
San Francisco, CA 94108

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 791 Empl. Ret. Inc. Security Act

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
ERISA Section 510, 29 U.S.C. § 1140

Brief description of cause:
VIOLATION OF ERISA termination of employment interfering with pension rights

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
[X] SAN FRANCISCO/OAKLAND  [ ] SAN JOSE

DATE: April 1, 2008

SIGNATURE OF ATTORNEY OF RECORD