RAHILA KHAN
40224 Blanchard Street
Fremont, CA 94537
(51) 625 2728

Plaintiff in pro per

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

RAHILA KHAN

            Plaintiff,

vs.

YMCA OF THE EAST BAY,

            Defendant

CASE NO. C08-01741 MMC

NOTICE OF VOLUNTARY
DISMISSAL WITH PREJDUICE

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), the plaintiff RAHILA KHAN hereby voluntarily dismisses the entire above-captioned action with prejudice.

DATED: June 30,, 2008

                                                    RAHILA KHAN
                                                    Plaintiff in *pro per*

---

Plaintiff RAHILA KHAN'S Notice of Voluntary Dismissal With Prejudice        Case No. C08-01741 MMC